### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Woodside Village II Condominium Association, Inc. and Claim & Construction Management Group, LLC, ) ) ) ) | |
| Plaintiffs, ) | Case No. 21-cv-2136 |
| ) ) ) | State Court No. 2021-cv-32115 (District Court, Denver County, CO) |
| v. ) ) | |
| AmGUARD Insurance Company and WestGUARD Insurance Company, ) ) ) | |
| Defendants. ) | |

### DEFENDANTS' UNOPPOSED MOTION TO VACATE DEFAULT AND FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Now come Defendants, AmGUARD Insurance Company ("AmGUARD") and WestGUARD Insurance Company ("WestGUARD), by and through their attorneys, and for their Unopposed Motion to Vacate Default and for Extension of Time to Answer or Otherwise Plead, state as follows:

1. Defendants removed this action to this Court on August 6, 2021.

2. The deadline for removal came after the deadline to file an answer or other responsive pleading in state court, and the state court entered an order of default against Defendants. (See Notice of Removal, Dkt. 1).

3. A federal court has jurisdiction to vacate a state court entry of default. *Bletter v. Inc. Vill. of Westhampton Beach*, 88 F. Supp. 2d 21, 24 (E.D.N.Y. 2000); *Hawes v. Cart Prod., Inc.*, 386 F. Supp. 2d 681, 689 (D.S.C. 2005) (citing *Harter Twp. v. Kernochan*, 103 U.S. 562, 566, 26 L. Ed. 411 (1880)).

5.     Under the Federal Rules of Civil Procedure, Defendants' answer or responsive pleading is not due until seven days after timely removal. Thus, Defendants are not in default under federal rules.

6.     The undersigned counsel was retained after entry of the state court default and was unable to file an Answer or Notice of Removal before the state court deadline.

7.     Plaintiff's counsel does not oppose vacating the state court entry of default, and does not oppose a seven day extension of time to file an answer or other responsive pleading.

5.     Accordingly, Defendants request that this Court enter an order vacating all defaults and extending the deadline to answer or otherwise plead by seven (7) days to August 20, 2021.

*/s/ Brian E. Devilling*
BRIAN E. DEVILLING
MATTHEW S. PONZI
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 North LaSalle Street, 14th Floor
Chicago, Illinois 60601
(312) 863-5000
mponzi@fgppr.com
bedevilling@fgppr.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that, on August 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and emailed a copy of the appended document to the following attorneys for Plaintiff:

Larry E. Bache, Jr.
Jonathan E. Bukowski
Merlin Law Group, PA
1001 17th Street, Suite 1150
Denver, CO 80202
lbache@merlinlawgroup.com
jbukowski@merlinlawgroup.com

                                  */s/ Brian E. Devilling*
                                  Brian E. Devilling