IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02136-GPG-STV

WOODSIDE VILLAGE II CONDOMINIUM
ASSOCIATION, INC., and
CLAIM & CONSTRUCTION
MANAGEMENT GROUP, LLC,

Plaintiffs,

v.

AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY,

Defendants.

## JOINT NOTICE OF SETTLEMENT

**COMES NOW** Plaintiffs, Woodside Village II Condominium Association, Inc., and Claim & Construction Management Group, LLC, by and through their undersigned attorneys, and Defendants, AmGUARD Insurance Company and WestGUARD Insurance Company, by and through their undersigned attorneys, and hereby file this Joint Notice of Settlement and advise the Court that the Parties to the above-captioned matter reached a settlement agreement. The Parties will file the appropriate stipulation for dismissal on or before June 22, 2023.

| | |
|---|---|
| Dated: May 31, 2023 | Respectfully submitted, |
| *s/ Brian E. Devilling* | *s/ Jonathan E. Bukowski* |
| Brian E. Devilling | Larry E. Bache, Jr., Esq. |
| Matthew S. Ponzi | Jonathan E. Bukowski, Esq. |
| Foran Glennon Palandech | Merlin Law Group, PA |
| Ponzi & Rudloff PC | 1001 17th Street, Ste. 1150 |
| 222 North LaSalle, 14th Floor | Denver, CO 80202 |
| Chicago, Illinois 60601 | Telephone: 720-665-9680 |

Telephone: (312) 863-5000  
E-Mail: bdevilling@fgppr.com  
E-Mail: mponzi@fgppr.com  
*Attorneys for Defendants*

E-Mail: lbache@merlinlawgroup.com  
E-Mail: jbukowski@merlinlawgroup.com  
*Attorneys for Plaintiffs*