IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02136-GPG-STV

WOODSIDE VILLAGE II CONDOMINIUM
ASSOCIATION, INC., and
CLAIM & CONSTRUCTION
MANAGEMENT GROUP, LLC,

Plaintiffs,

v.

AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY,

Defendants.

## STATUS REPORT

**COMES NOW** Plaintiffs, Woodside Village II Condominium Association, Inc., and Claim & Construction Management Group, LLC, by and through their undersigned attorneys, and hereby file this Status Report pursuant to the Court's Order of June 23, 2023 (ECF No. 64), and advise the Court that the Parties to the above-captioned matter have reached a settlement, completed a final release agreement, and anticipate an additional 14-days to complete terms of the settlement agreement. The Plaintiffs request an additional 14-days, up to and including July 21, 2023 to file the appropriate stipulation for dismissal.

Dated: July 7, 2023

Respectfully submitted,

*s/ Jonathan E. Bukowski*
Larry E. Bache, Jr., Esq.
Jonathan E. Bukowski, Esq.
Merlin Law Group, PA
1001 17th Street, Ste. 1150

Denver, CO 80202
Telephone: 720-665-9680
E-Mail: lbache@merlinlawgroup.com
E-Mail: jbukowski@merlinlawgroup.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 7, 2023, a true and accurate copy of the foregoing **Status Report** was filed with the Clerk of Court using CM/ECF system which will send notification of such filing to the following recipients:

BRIAN E. DEVILLING
MATTHEW S. PONZI
FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
222 North LaSalle, 14th Floor
Chicago, Illinois 60601
mponzi@fgppr.com
bedevilling@fgppr.com

*s/ Sherrol S. Hall*
Sherrol Hall, Legal Assistant