IN THE UNITED STATES DISTICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02136-GPG-STV

WOODSIDE VILLAGE II CONDOMINIUM
ASSOCIATION, INC., and
CLAIM & CONSTRUCTION
MANAGEMENT GROUP, LLC,

Plaintiffs,

v.

AMGUARD INSURANCE COMPANY and
WESTGUARD INSURANCE COMPANY,

Defendants.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiffs, Woodside Village II Condominium Association, Inc., and Claim & Construction Management Group, LLC, by and through their undersigned attorneys, and Defendants, AmGUARD Insurance Company and WestGUARD Insurance Company, by and through their undersigned attorneys, that the above-titled action be dismissed with prejudice. Each party will bear its own costs and attorney's fees.

| | |
|---|---|
| Dated: July 17, 2023 | Respectfully submitted, |
| *s/ Brian E. Devilling* | *s/ Jonathan E. Bukowski* |
| Brian E. Devilling | Larry E. Bache, Jr., Esq. |
| Matthew S. Ponzi | Jonathan E. Bukowski, Esq. |
| Foran Glennon Palandech | Merlin Law Group, PA |
| Ponzi & Rudloff PC | 1001 17th Street, Ste. 1150 |
| 222 North LaSalle, 14th Floor | Denver, CO 80202 |
| Chicago, Illinois 60601 | Telephone: 720-665-9680 |

| | |
|---|---|
| Telephone: (312) 863-5000<br>E-Mail: bdevilling@fgppr.com<br>E-Mail: mponzi@fgppr.com<br>*Attorneys for Defendants* | E-Mail: lbache@merlinlawgroup.com<br>E-Mail: jbukowski@merlinlawgroup.com<br>*Attorneys for Plaintiffs* |